CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sierra Club )
)
)
)
)
              Plaintiff )   Civil Action No._____
vs )
Stephen L. Johnson )
)
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sierra Club_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

435R Chestnut Street Suite 1
Address

Berea, KY 40403
City    State    Zip Code

859-986-5402
Phone Number