AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sierra Club

        Plaintiff(s)      )  **APPEARANCE**

           vs.           )  CASE NUMBER   07-CV-00414-RWR

Stephen L. Johnson

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __David C. Bender__ as counsel in this
                              (Attorney's Name)

case for: __Sierra Club__
        (Name of party or parties)

March 13, 2007                        _/s/ DCB_
Date                                              Signature

                                                 David C. Bender
WI                                            Print Name
BAR IDENTIFICATION
                                           634 W. Main St., Ste 101
                                           Address

                                           Madison, WI  53703
                                           City        State        Zip Code

                                           (608) 256-1003
                                           Phone Number