AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sierra Club

**SUMMONS IN A CIVIL CASE**

V.

Stephen L. Johnson, in his official capacity
as Administrator, United States
Environmental Protection Agency

DATE STAMP: 03/01/2007

CASE NUMBER  1:07CV00414

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Review

TO: (Name and address of Defendant)

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403

an answer to the complaint which is served on you with this summons, within _____**60**_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 2 8 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3/22/07 |
| NAME OF SERVER *(PRINT)*  Beth Perkins | TITLE  legal assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by certified mail return receipt requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/07
_____
Date

_____
*Signature of Server*

435R Chestnut St. Ste 1 Berea KY 40403
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES**
**POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0006 7192 4232**
Status: **Delivered**

Your item was delivered at 10:41 AM on March 22, 2007 in
WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

