UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 1:07CV00414 (RWR) |
| v. ) | |
| ) | |
| STEPHEN L. JOHNSON, in his official ) | |
| capacity as Administrator, United States ) | |
| Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER**

Defendant Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency, hereby moves this Court for a short extension of time to answer Plaintiff's First Amended Complaint. Currently, a response is due on May 21, 2006, and Defendant asks this Court to grant an extension of time until June 25, 2007. In support of this motion, Defendant states as follows:

1. On March 22, 2007, Plaintiff served upon Defendant a Complaint for Declaratory and Injunctive Relief. On April 12, 2007, Plaintiff filed its First Amended Complaint for Declaratory and Injunctive Relief. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a response to the First Amended Complaint is due to be served on May 21, 2006.

2. The First Amended Complaint alleges that Defendant has failed to perform a non-discretionary duty to grant or deny a petition submitted by Plaintiff to the Administrator pursuant to Clean Air Act § 505(b)(2), 42 U.S.C. §§ 7661(d)(b)(2).

Among the relief sought by the First Amended Complaint is an order requiring the Administrator to respond to the petition by a date certain.

3. Good cause exists to grant Defendant additional time to answer the First Amended Complaint. Additional time will permit the parties to resolve the dispute without further litigation.

4. Granting this extension of time will not prejudice any party. Counsel for Defendant has conferred with counsel for Plaintiff, who represents that he will not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until June 25, 2007, to respond to the First Amended Complaint.

Dated: May 15, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division


        /s/ Mary Whittle
By:_____
MARY WHITTLE
DC Bar # 973916, TX Bar # 24033336
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23896
Washington, D.C. 20026
Tel: (202) 514-0286
Facsimile: (202) 514-8865
Email: mary.whittle@usdoj.gov

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:
KRISTI M. SMITH
US EPA, Office of General Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB )<br>)<br>      Plaintiff, )<br>)<br>   v. )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>capacity as Administrator, United States )<br>Environmental Protection Agency, )<br>)<br>      Defendant. )<br>) | Civ. No. 1:07CV00414 (RWR) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**

Upon consideration of Defendant's Motion to Extend Time to Answer, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendant's response to Plaintiff's Complaint must be served on or before June 25, 2007.

SO ORDERED.

Dated:_____          _____
                                                                    Hon. Richard W. Roberts
                                                                    United States District Judge