UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 1:07CV00414 (RWR) |
| v. ) | |
| ) | |
| STEPHEN L. JOHNSON, in his official ) | |
| capacity as Administrator, United States ) | |
| Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER**

Defendant Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency, hereby moves this Court for an additional short extension of time to answer Plaintiff's First Amended Complaint. Currently, a response is due on June 25, 2006, and Defendant asks this Court to grant a one-week extension of time until July 2, 2007. In support of this motion, Defendant states as follows:

1. For good cause shown, this Court granted Defendants an extension of time to respond to Plaintiff's First Amended Complaint and set the new answer date as June 25, 2006.

2. Good cause exists to grant Defendant additional time to answer the First Amended Complaint. The additional time will permit the parties to resolve the dispute without further litigation.

3.  Granting this extension of time will not prejudice any party.  Counsel for Defendant has conferred with counsel for Plaintiff, who represents that he will not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until July 2, 2007, to respond to the First Amended Complaint.

Dated: June 20, 2007              Respectfully submitted,

                                  RONALD J. TENPAS
                                  Acting Assistant Attorney General
                                  Environment and Natural Resources Division


                                          /s/ Mary Whittle
                                  By:_____
                                  MARY WHITTLE
                                  DC Bar # 973916, TX Bar # 24033336
                                  Trial Attorney
                                  Environmental Defense Section
                                  Environment and Natural Resources Division
                                  United States Department of Justice
                                  P.O. Box 23896
                                  Washington, D.C. 20026
                                  Tel: (202) 514-0286
                                  Facsimile: (202) 514-8865
                                  Email: mary.whittle@usdoj.gov

                                  ATTORNEYS FOR DEFENDANTS

OF COUNSEL:
KRISTI M. SMITH
US EPA, Office of General Counsel

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIERRA CLUB )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>capacity as Administrator, United States )<br>Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civ. No. 1:07CV00414 (RWR) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**

Upon consideration of Defendant's Second Motion to Extend Time to Answer, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendant's response to Plaintiff's Complaint must be served on or before July 2, 2007.

SO ORDERED.

Dated:_____          _____
                                        Hon. Richard W. Roberts
                                        United States District Judge