UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB )<br>)<br>　　　　Plaintiff, )<br>) <br>　v. )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>capacity as Administrator, United States )<br>Environmental Protection Agency, )<br>)<br>　　　　Defendant. )<br>_____) | Civ. No. 1:07CV00414 (RWR) |

**STIPULATION TO AMEND CONSENT DECREE**

Pursuant to paragraph 3 of the Consent Decree entered by the Court on October 25, 2007, the parties, by and through the undersigned counsel, agree that Paragraph 5 of the Consent Decree is amended to read:

5.  The deadline for filing a motion for costs of litigation (including attorneys' fees) for activities performed prior to execution of this Decree is hereby extended until 90 days after the Decree is entered by the Court.  During this 90-day period, the Parties shall seek to resolve informally any claim for costs of litigation (including attorneys' fees), and, if they cannot, will submit that issue to the Court for resolution.  Nothing in this paragraph shall be construed as an admission or concession by EPA that Plaintiffs are entitled to or eligible for recovery of any costs or attorneys' fees.

SO ORDERED on this ___ day of _____, 2007.

                                                                                                                  
THE HON. RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

SO AGREED:

FOR PLAINTIFF


      /s/
_____
DAVID C. BENDER
Garvey, McNeil, & McGillivray, S.C.
634 W. Main Street, Suite 101
Madison, WI 53703
Tel: (608) 256-1003
Fax: (608) 256-0933
bender@gmmattorneys.com

DATED: November 11, 2007


FOR DEFENDANT
RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division


      /s/
_____
MARY WHITTLE
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-0286
Fax: (202) 514-8865
mary.whittle@usdoj.gov

DATED: November 11, 2007